IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMOL MARTIN, | |
| Plaintiff, | |
| vs. | Case No. 12 cv 05627 |
| UNKNOWN OFFICER OF THE CITY OF MARKHAM, ILLINOIS and THE CITY OF MARKHAM, ILLINOIS, | Jury Trial Demanded |
| Defendant. | |

**FIRST AMENDED COMPLAINT**

NOW COMES the Plaintiff, JAMOL MARTIN, by and through his attorney, Matthias D. Gill of The Gill Law Firm, Ltd., and for Plaintiff's Complaint, Plaintiff pleads as follows:

**Count I – 42 U.S.C. § 1983 and 1988**

**Jamol Martin vs. Unknown Officer of the City of Markham, Illinois**

1. This is a civil action for money damages brought pursuant to 42 U.S.C. §§ 1983 and 1988 and the Fourth and Fourteenth Amendments of the United States Constitution against an Unknown Officer of the City of Markham, Illinois.

2. Plaintiff Jamol Martin was present at or near 162nd Street and Wood Street in the City of Markam, County of Cook, and State of Illinois and approached two officers to ask if he could return to 16454 Winchester, Markham, Illinois to get his wallet and keys

3. Prior to approaching the officers, those officers had asked Jamol Martin to leave 16454 Winchester, Markham, Illinois after he had been involved in a verbal altercation with his girlfriend, Gwendolyn Littlejohn.

4. The male officer denied Jamol Martin's request for an escort back to the house to get his keys and wallet. Jamol continued to talk to the officer in an attempt to convince him to let him go back to the house.

5. While speaking with the male officer and asking him if he could go back to the house to get his wallet and keys, Jamol Martin and an unknown female officer also present began to get into a heated verbal exchange.

6. While Jamol Martin was talking to the female officer, the male officer exited his vehicle, draw his sidearm, and struck Jamol Martin on the left side of his face.

7. After being struck, Jamol Martin began to fall but was caught by the male officer who placed him over the hood of his squad car with his back on top of the car.

8. The male officer then pressed his sidearm against the left side of Jamol Martin's head with such force that it left an impression in the skin on the side of his head.

9. At the aforementioned place and time, the unknown male officer told Jamol Martin, "I'll kill you if you talk to her like that again! You hear me?"

10. At the aforementioned place and time, Jamol Martin began begging the unknown male officer not to kill him.

11. At the aforementioned place and time, the unknown officer holstered his side arm, stepped into his squad car and sped off at a high rate of speed. The unknown female officer got in her vehicle and sped off at a high rate of speed as well.

12. Plaintiff alleges that the unknown male officer of the City of Markham used excessive and unnecessary force, acting under color of law, upon the Plaintiff and his person on September 22, 2011.

13. As a direct and proximate result of the aforementioned acts of the Defendant, Unknown Officer, Plaintiff, Jamol Martin, suffered the following injuries and damages:

(a) Violation of his constitutional rights under the Fourth and Fourteenth Amendments to the United States Constitution to be free from unlawful arrest, search and seizure without probable cause and to be free from excessive force in violation of his rights to equal protection under the law.

(b) Physical pain and suffering, personal injuries, and emotional trauma and suffering.

14. The actions of the Defendant, Unknown Officer, violated the following clearly established and well settled federal constitutional rights of Plaintiff, Jamol Martin:

(a) Freedom from an unreasonable seizure of a person and freedom from the use of excessive force in making an arrest.

15. Plaintiff, Jamol Martin, claims damages for injuries set forth above under 42 U.S.C. § 1983 and 1988 against Defendant, Unknown Officer, for violation of his constitutional rights under color of law and for punitive damages.

WHEREFORE, Plaintiff, JAMOL MARTIN, demands judgment against the Defendant, Unknown Officer of the City of Markham, Illinois, for an amount in excess of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00) excluding costs of the suit, award costs of this action to the Plaintiff, JAMOL MARTIN, award reasonable attorney's fees and costs to the Plaintiff, JAMOL MARTIN on this Plaintiff's Complaint, award punitive damages, and award such other and further relief as this Court may deem appropriate.

**Count II – Indemnification**

**Jamol Martin v. The City of Markham, Illinois**

1. This is a civil action for money damages brought pursuant to 42 U.S.C. §§ 1983 and 1988 and the Fourth and Fourteenth Amendments of the United States Constitution against an Unknown Officer of the City of Markham, Illinois.

2. Plaintiff Jamol Martin was present at or near 162nd Street and Wood Street in the City of Markam, County of Cook, and State of Illinois and approached two officers to ask if he could return to 16454 Winchester, Markham, Illinois to get his wallet and keys

3. Prior to approaching the officers, those officers had asked Jamol Martin to leave 16454 Winchester, Markham, Illinois after he had been involved in a verbal altercation with his girlfriend, Gwendolyn Littlejohn.

4. The male officer denied Jamol Martin's request for an escort back to the house to get his keys and wallet. Jamol continued to talk to the officer in an attempt to convince him to let him go back to the house.

5. While speaking with the male officer and asking him if he could go back to the house to get his wallet and keys, Jamol Martin and an unknown female officer also present began to get into a heated verbal exchange.

6. While Jamol Martin was talking to the female officer, the male officer exited his vehicle, draw his sidearm, and struck Jamol Martin on the left side of his face.

7. After being struck, Jamol Martin began to fall but was caught by the male officer who placed him over the hood of his squad car with his back on top of the car.

8. The male officer then pressed his sidearm against the left side of Jamol Martin's head with such force that it left an impression in the skin on the side of his head.

9. At the aforementioned place and time, the unknown male officer told Jamol Martin, "I'll kill you if you talk to her like that again! You hear me?"

10. At the aforementioned place and time, Jamol Martin began begging the unknown male officer not to kill him.

11. At the aforementioned place and time, the unknown officer holstered his side arm, stepped into his squad car and sped off at a high rate of speed. The unknown female officer got in her vehicle and sped off at a high rate of speed as well.

12. Plaintiff alleges that the unknown male officer of the City of Markham used excessive and unnecessary force, acting under color of law, upon the Plaintiff and his person on September 22, 2011.

13. As a direct and proximate result of the aforementioned acts of the Defendant, Unknown Officer, Plaintiff, Jamol Martin, suffered the following injuries and damages:

(a) Violation of his constitutional rights under the Fourth and Fourteenth Amendments to the United States Constitution to be free from unlawful arrest, search and seizure without probable cause and to be free from excessive force in violation of his rights to equal protection under the law.

(b) Physical pain and suffering, personal injuries, and emotional trauma and suffering.

14. The actions of the Defendant, Unknown Officer, violated the following clearly established and well settled federal constitutional rights of Plaintiff, Jamol Martin:

(a) Freedom from an unreasonable seizure of a person and freedom from the use of excessive force in making an arrest.

15. Plaintiff, Jamol Martin, claims damages for injuries set forth above under 42 U.S.C. § 1983 and 1988 against Defendant, Unknown Officer, for violation of his constitutional rights under color of law and for punitive damages.

16. At all relevant times, the Illinois Tort Immunity Act (745 ILCS 10/1) was in full force and effect.

17. Pursuant to the Illinois Tort Immunity Act, Section 2-302 (745 ILCS 10/2-302), the City of Markham, Illinois has the duty to pay or indemnify indemnify the Unknown Officer for his court costs, the judgment, or the compromise or settlement of this cause of action.

WHEREFORE, Plaintiff, JAMOL MARTIN, demands judgment against the Defendant, Unknown Officer of the City of Markham, Illinois, to be indemnified and paid for by the CITY OF MARKHAM, ILLINOIS for an amount in excess of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00) excluding costs of the suit, award costs of this action to the Plaintiff, JAMOL MARTIN, award reasonable attorney's fees and costs to the Plaintiff, JAMOL MARTIN on this Plaintiff's Complaint, award punitive damages, and award such other and further relief as this Court may deem appropriate.

**Plaintiffs Request Trial by Jury.**

Respectfully submitted,

/s Matthias D. Gill
Attorney for Plaintiff

Dated: August 13, 2012.

Matthias D. Gill
The Gill Law Firm, Ltd.
200 West Adams Street, Suite 2825
Chicago, Illinois 60606
312-957-6711
ARDC# 6282953