IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMOL MARTIN,<br><br>          Plaintiff,<br><br>    vs.<br><br>OFFICER KENDRICK FRANCISCO and THE CITY OF MARKHAM, ILLINOIS,<br><br>          Defendant. | Case No. 12 cv 05627<br><br>Honorable John W. Darrah |

**SECOND AMENDED COMPLAINT**

NOW COMES the Plaintiff, JAMOL MARTIN, by and through his attorney, Matthias D. Gill of The Gill Law Firm, Ltd., and for Plaintiff's Second Amended Complaint, Plaintiff pleads as follows:

**Count I – 42 U.S.C. § 1983 and 1988**

**Jamol Martin vs. Officer Kendrick Francisco**

1. This is a civil action for money damages brought pursuant to 42 U.S.C. §§ 1983 and 1988 and the Fourth and Fourteenth Amendments of the United States Constitution against Officer Kendrick Francisco of the City of Markham, Illinois.

2. On September 22, 2011, Plaintiff, Jamol Martin, was present at 16454 Winchester in the City of Markham, County of Cook, and State of Illinois when he was asked to leave his home by Officer Kendrick Francisco and Officer Monique Woods to diffuse a fight with his girlfriend. Mr. Martin's girlfriend, Gwendolyn Littlejohn had called the police during an argument she and Mr. Martin had over laundry. Officers Francisco and Woods had responded to the call.

3. After leaving by agreement, without arrest, and without issue, Mr. Martin realized he needed personal effects from the home and approached Officer Kendrick Francisco and Office Monique Woods to ask if he could return to 16454 Winchester, Markham, Illinois with their escort to get some of his personal property.

4. Officer Kendrick Francisco denied Jamol Martin's request for an escort back to the house to get his personal items. Mr. Martin continued to talk to Officer Francisco in an attempt to convince Officer Francisco to let him go back to the house.

5. While speaking with Officer Kendrick Francisco and asking him if he could go back to the house to get his personal property, Jamol Martin and Officer Monique Woods, who was also present, began a heated verbal exchange. Mr. Martin's argument with Officer Monique Woods had something to do with her allegations that he had committed other crimes in the neighborhood. Mr. Martin denied those allegations during the argument.

6. While Jamol Martin was talking to Officer Monique Woods, Officer Kendrick Francisco exited his vehicle, drew his sidearm, and struck Jamol Martin on the left side of his face. Prior to being struck, Mr. Martin did not know that Officer Kendrick Francisco had exited his vehicle.

7. After being struck, Jamol Martin began to fall but was caught by Officer Kendrick Francisco who placed him over the hood of his squad car with Mr. Martin's back on top of the car.

8. Officer Kendrick Francisco then pressed the open end of the barrel of his sidearm against the left side of Jamol Martin's face with such force that it left an impression in the skin on the side of his face.

9. At the aforementioned place and time, Officer Kendrick Francisco told Jamol Martin, "I'll kill you if you talk to her like that again! You hear me?"

10. At the aforementioned place and time, Jamol Martin began begging Officer Kendrick Francisco not to kill him.

11. At the aforementioned place and time, Officer Kendrick Francisco holstered his side arm, stepped into his squad car and sped off at a high rate of speed. At that time, Officer Monique Woods got in her vehicle and sped off at a high rate of speed as well.

12. Plaintiff alleges that Officer Kendrick Francisco of the City of Markham used excessive and unnecessary force, acting under color of law, upon the Plaintiff and his person on September 22, 2011.

13. As a direct and proximate result of the aforementioned acts of the Defendant, Officer Kendrick Francisco, Plaintiff, Jamol Martin, suffered the following injuries and damages:

(a) Violation of his constitutional rights under the Fourth and Fourteenth Amendments to the United States Constitution to be free from unlawful arrest, search and seizure without probable cause and to be free from excessive force in violation of his rights to equal protection under the law.

(b) Physical pain and suffering, personal injuries, and emotional trauma and suffering.

14. The actions of the Defendant, Kendrick Francisco, violated the following clearly established and well settled federal constitutional rights of Plaintiff, Jamol Martin:

(a) Freedom from an unreasonable seizure of a person and freedom from the use of excessive force in making an arrest.

15. Plaintiff, Jamol Martin, claims damages for injuries set forth above under 42 U.S.C. § 1983 and 1988 against Defendant, Officer Kendrick Francisco, for violation of his constitutional rights under color of law and for punitive damages.

WHEREFORE, Plaintiff, JAMOL MARTIN, demands judgment against the Defendant, Officer Kendrick Francisco of the City of Markham, Illinois, for an amount in excess of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00) excluding costs of the suit, award costs of this action to the Plaintiff, JAMOL MARTIN, award reasonable attorney's fees and costs to the Plaintiff, JAMOL MARTIN on this Plaintiff's Complaint, award punitive damages, and award such other and further relief as this Court may deem appropriate.

## Count II – Indemnification

### Jamol Martin v. The City of Markham, Illinois

1. This is a civil action for money damages brought pursuant to 42 U.S.C. §§ 1983 and 1988 and the Fourth and Fourteenth Amendments of the United States Constitution against Officer Kendrick Francisco of the City of Markham, Illinois with a claim for indemnification against the City of Markham, Illinois.

2. On September 22, 2011, Plaintiff, Jamol Martin, was present at 16454 Winchester in the City of Markham, County of Cook, and State of Illinois when he was asked to leave his home by Officer Kendrick Francisco and Officer Monique Woods to diffuse a fight with his girlfriend. Mr. Martin's girlfriend, Gwendolyn Littlejohn had called the police during an argument she and Mr. Martin had over laundry and Officers Francisco and Woods had responded to the call.

3. After leaving by agreement, without arrest, and without issue, Mr. Martin realized he needed personal effects from the home and approached Officer Kendrick Francisco and

4

Office Monique Woods to ask if he could return to 16454 Winchester, Markham, Illinois with their escort to get some of his personal property.

4. Officer Kendrick Francisco denied Jamol Martin's request for an escort back to the house to get his personal items. Mr. Martin continued to talk to Officer Francisco in an attempt to convince Officer Francisco to let him go back to the house.

5. While speaking with Officer Kendrick Francisco and asking him if he could go back to the house to get his personal property, Jamol Martin and Officer Monique Woods, who was also present, began a heated verbal exchange. Mr. Martin's argument with Officer Monique Woods had something to do with her allegations that he had committed other crimes in the neighborhood. Mr. Martin denied those allegations during the argument.

6. While Jamol Martin was talking to Officer Monique Woods, Officer Kendrick Francisco exited his vehicle, drew his sidearm, and struck Jamol Martin on the left side of his face.

7. After being struck, Jamol Martin began to fall but was caught by Officer Kendrick Francisco who placed him over the hood of his squad car with his back on top of the car.

8. Officer Kendrick Francisco then pressed the open barrel of his sidearm against the left side of Jamol Martin's face with such force that it left an impression in the skin on the side of his face.

9. At the aforementioned place and time, Officer Kendrick Francisco told Jamol Martin, "I'll kill you if you talk to her like that again! You hear me?"

10. At the aforementioned place and time, Jamol Martin began begging Officer Kendrick Francisco not to kill him.

11. At the aforementioned place and time, Officer Kendrick Francisco holstered his side arm, stepped into his squad car and sped off at a high rate of speed. At that time, Officer Monique Woods got in her vehicle and sped off at a high rate of speed as well.

12. Plaintiff alleges that Officer Kendrick Francisco of the City of Markham used excessive and unnecessary force, acting under color of law, upon the Plaintiff and his person on September 22, 2011.

13. As a direct and proximate result of the aforementioned acts of the Defendant, Officer Kendrick Francisco, Plaintiff, Jamol Martin, suffered the following injuries and damages:

    (a) Violation of his constitutional rights under the Fourth and Fourteenth Amendments to the United States Constitution to be free from unlawful arrest, search and seizure without probable cause and to be free from excessive force in violation of his rights to equal protection under the law.

    (b) Physical pain and suffering, personal injuries, and emotional trauma and suffering.

14. The actions of the Defendant, Kendrick Francisco, violated the following clearly established and well settled federal constitutional rights of Plaintiff, Jamol Martin:

    (a) Freedom from an unreasonable seizure of a person and freedom from the use of excessive force in making an arrest.

15. Plaintiff, Jamol Martin, claims damages for injuries set forth above under 42 U.S.C. § 1983 and 1988 against Defendant, Officer Kendrick Francisco, for violation of his constitutional rights under color of law and for punitive damages.

16. At all relevant times, the Illinois Tort Immunity Act (745 ILCS 10/1) was in full force and effect.

17. Pursuant to the Illinois Tort Immunity Act, Section 2-302 (745 ILCS 10/2-302), the City of Markham, Illinois has the duty to pay for or indemnify Officer Kendrick Francisco for his court costs, the court costs and reasonable attorneys' fees of the plaintiff, the judgment, or the compromise or settlement of this cause of action.

WHEREFORE, Plaintiff, JAMOL MARTIN, demands judgment against the Defendant, Officer Kendrick Francisco of the City of Markham, Illinois, to be indemnified and paid for by the CITY OF MARKHAM, ILLINOIS for an amount in excess of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00) excluding costs of the suit, award costs of this action to the Plaintiff, JAMOL MARTIN, award reasonable attorney's fees and costs to the Plaintiff, JAMOL MARTIN on this Plaintiff's Complaint, award punitive damages, and award such other and further relief as this Court may deem appropriate.

**Plaintiffs Request Trial by Jury.**

Respectfully submitted,

/s Matthias D. Gill
Attorney for Plaintiff

Dated: October 26, 2012.

Matthias D. Gill
The Gill Law Firm, Ltd.
200 West Adams Street, Suite 2825
Chicago, Illinois 60606
312-957-6711
ARDC# 6282953